UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE McCOY and JAMES McCOY,

    Plaintiffs,

v.

HOLLAND AMERICA LINE - USA, INC, et al.,

    Defendants.

C19-1641 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for a stay, docket no. 17, is TREATED as a motion for extension and is GRANTED as follows. The deadlines outlined in the Order entered October 23, 2019, docket no. 6, are EXTENDED as set forth below:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | March 13, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | March 27, 2020 |
| Combined Joint Status Report and Discovery Plan | March 27, 2020 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk