UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE and JAMES McCOY,

        Plaintiffs,

  v.

HOLLAND AMERICA LINE - USA, INC., et al.,

        Defendants.

C19-1641 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 21, the following deadlines are EXTENDED:

Disclosure of expert testimony under FRCP 26(a)(2)     August 5, 2020

Deadline for filing motions related to discovery         September 24, 2020

All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 20, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2020.

                                       William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk

MINUTE ORDER - 1