UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE and JAMES McCOY,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOLLAND AMERICA LINE - USA, INC., et al.,<br><br>    Defendants. | C19-1641 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to the parties' stipulation, docket no. 24, the deadline for disclosing liability experts is EXTENDED to October 5, 2020.  Federal Rule of Civil Procedure 26(a)(2)(D)(ii) governs the disclosure of rebuttal evidence.  All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 20, as previously amended, *see* Minute Order (docket no. 22), shall remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1