UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE MCCOY, et al., | |
| Plaintiffs, | |
| v. | C19-1641 TSZ |
| HOLLAND AMERICA LINE - USA INC., et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS a telephone conference call for Friday, November 13, 2020, at 11:00 a.m. The Court will address whether to conduct the jury or non-jury trial remotely using the ZoomGov.com platform. The Court's staff will be in contact with counsel to provide a conference call number and access code; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1