1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE MCCOY, et al.,

               Plaintiffs,

    v.

HOLLAND AMERICA LINE - USA
INC., et al.,

            Defendants.

C19-1641 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Stipulated Motion to Continue Trial Date and Related Case Schedule, docket no. 41, is GRANTED.  The Court issues the following amended schedule:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **January 9, 2023** |
| Deadline for amending pleadings | | June 20, 2022 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | | June 20, 2022 |
| Discovery motions due by | | August 11, 2022 |
| Discovery completed by | | September 19, 2022 |
| Dispositive Motions due by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | | October 20, 2022 |
| Motions related to expert witnesses (e.g., Daubert motion) due by | | October 27, 2022 |

MINUTE ORDER - 1

and noted on the motions calendar no later
than the third Friday thereafter (see LCR 7(d))

Motions in Limine due by                                    December 8, 2022
  and noted on the motions calendar no later
  than the Friday before the Pretrial Conference
  (see LCR 7(d)(4))

Pretrial Order due[1] by                                    December 23, 2022

Trial Briefs to be submitted by                            December 23, 2022

Proposed Voir Dire/Jury Instructions due by                December 23, 2022

Pretrial Conference set for          **10:00 AM on**       December 30, 2022

    Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

    The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on March 19, 2020, docket no. 20.

MINUTE ORDER - 2

1      All other terms and conditions, and all dates and deadlines not inconsistent
2  herewith, contained in the Minute Orders Setting Trial Date and Related Dates, docket
   nos. 20, 31 & 37, shall remain in full force and effect.

3      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
   record.

       Dated this 2nd day of February, 2022.

                                        Ravi Subramanian
                                        Clerk


                                        s/Gail Glass
                                        Deputy Clerk