UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE MCCOY, et al.,

        Plaintiffs,

  v.

HOLLAND AMERICA LINE - USA INC., et al.,

        Defendants.

C19-1641 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Stipulated Motion to Continue Trial Date and Related Case Schedule, docket no. 44, is GRANTED in part, and the Court issues the following amended schedule:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **June 12, 2023** |
| Deadline for amending pleadings | | November 21, 2022 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | | November 21, 2022 |
| Discovery motions due by | | January 12, 2023 |
| Discovery completed by | | February 20, 2023 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Dispositive Motions due by<br>   and noted on the motions calendar no later<br>   than the fourth Friday thereafter (see LCR 7(d)) | | March 23, 2023 |
| Motions related to expert witnesses<br>(e.g., Daubert motion) due by<br>   and noted on the motions calendar no later<br>   than the third Friday thereafter (see LCR 7(d)) | | March 30, 2023 |
| Motions in Limine due by<br>   and noted on the motions calendar no later<br>   than the Friday before the Pretrial Conference<br>   (see LCR 7(d)(4)) | | May 11, 2023 |
| Pretrial Order due[1] by | | May 26, 2023 |
| Trial Briefs to be submitted by | | May 26, 2023 |
| Proposed Voir Dire/Jury Instructions due by | | May 26, 2023 |
| Pretrial Conference set for | **10:00 AM on** | June 2, 2023 |

     Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on March 19, 2020, docket no. 20.

MINUTE ORDER - 2

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Orders Setting Trial Date and Related Dates, docket nos. 20, 31, 37 and 43, shall remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 3